**Leonard S. PUSEY and Joseph F. Kelly, Appellant, v. Jerry CLIFFORD and Lee Baylis, Appellees.**

No. 6432.

Circuit Court of Appeals, Ninth Circuit.

April 7, 1931.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellees, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.